```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 08/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
DON KACZMAR,                                         :
                                                     :
                             Plaintiff,              :
                                                     :     21-CV-6227 (ALC)
              -against-                              :
                                                     :     **ORDER**
                                                     :
SHARPSPRING, INC., ET AL.,                           :
                                                     :
                             Defendants.             :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      On August 23, 2021, Defendant SharpSpring, Inc. (hereinafter, "Defendant"), submitted a letter requesting a pre-motion conference to discuss their anticipated motion to dismiss. ECF No. 7. In accordance with this Court's Individual Practices, Plaintiff is required to "submit a letter, [] not to exceed 3 pages, setting forth its position within 3 business days from the service of the moving party's letter." Individual Practices of Andrew L. Carter, Jr., 2.A.

      Plaintiff is hereby **ORDERED** to respond to Defendant's letter by no later than September 1, 2021.[1]

**SO ORDERED.**

**Dated:**     **August 30, 2021**
              **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**

---

[1] Plaintiff's response was due on August 26, 2021 in accordance with this Court's Individual Practices; however, the Court hereby grants Plaintiff an extension until September 1, 2021 to submit a response.