## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW YORK

| | |
|---|---|
| DON KACZMAR,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>SHARPSPRING, INC., RICHARD A. CARLSON, STEVEN A. HUEY, SAVNEET SINGH, DAVID A. BUCKEL, and SCOTT MILLER,<br><br>　　　　　　　Defendants. | Case No.: 1:21-cv-06227-ALC<br><br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

　　　Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Don Kaczmar ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: August 30, 2021　　　　　　　　**BRODSKY SMITH**

　　　　　　　　　　　　　　By:　*/s/ Evan J. Smith*
　　　　　　　　　　　　　　　　　Evan J. Smith
　　　　　　　　　　　　　　　　　240 Mineola Boulevard
　　　　　　　　　　　　　　　　　Mineola, NY  11501
　　　　　　　　　　　　　　　　　Phone:  (516) 741-4977
　　　　　　　　　　　　　　　　　Facsimile (561) 741-0626

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*